# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MARVIN KLINTWORTH d/b/a § <br> BRAZOS SITE WORK, § <br>    Plaintiff, § <br> § <br> V. § <br> § <br> ATLANTIC CASUALTY INSURANCE § <br> COMPANY, MARK CANGELOSE, § <br> SERVICE INSURANCE GROUP, INC., § <br> LITCHFIELD SPECIAL RISKS, INC., § <br> and SIG INSURANCE SERVICES, LLC, § <br>    Defendants. § | CIVIL ACTION NO. 4:17-CV-2829 |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Marvin Klintworth d/b/a Brazos Site Work ("Plaintiff") and Defendants Atlantic Casualty Insurance Company, SIG Insurance Services, LLC, Mark Cangelose, Service Insurance Group, Inc., and Litchfield Special Risks, Inc., (collectively "Defendants"), by and through their undersigned counsel, hereby notify the Court that Plaintiff and Defendants have resolved all claims between them in this matter and are in the process of completing settlement documents and filing the dismissal. The parties anticipate that the settlement will be finalized within the next 30 days and agree to cancel all scheduled depositions. Therefore, the parties request that the Court vacate all hearings, dates and deadlines currently set on the Court's calendar in the present matter.

Respectfully Submitted,

By: */s/ Scott Scherr*
Scott Scherr, attorney-in-charge
SBN: 17745412
Southern District of Texas Number: 42149
The Payne Law Group
3850 Corporate Center Drive
Bryan, Texas 77802
Phone: (979) 776-9800
Fax: (979) 731-8333
scherr@thepaynelawgroup.com
**Counsel for Plaintiff Marvin Klintworth d/b/a Brazos Site Work**

Respectfully submitted,

By: */s/ Thomas A. Culpepper*
Thomas A. Culpepper
State Bar No. 05215650
tculpepper@thompsoncoe.com
Dirrell S. Jones
State Bar No. 24071306
dirrell.jones@thompsoncoe.com
Thompson, Coe, Cousins, & Irons, LLP
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
**Counsel For Defendants Mark Cangelose and SIG Insurance Services, LLC**

Respectfully submitted,

By: */s/ Ryan D. Brown*
**RYAN D. BROWN**
Texas Bar No. 24094567
Southern District Bar No. 3145195
Hermes Law, P.C.
2001 N. Lamar Street, Suite 450
Dallas, Texas 75202
(214) 749-6823
(214) 749-6801 [Fax]
ryan@hermes-law.com
**Counsel For Defendant**
**Litchfield Special Risks, Inc.**

Respectfully submitted,

By: */s/ Camille Johnson*
Camille Johnson
Savrick, Schumann, Johnson, McGarr,
  Kaminski &Shirley, L.L.P.
6440 N. Central Expressway, Suite 107
Dallas, Texas 75206
(214) 368-1515
(214) 292-9647 [Fax]
camille@ssjmlaw.com
allison@ssjmlaw.com
**Attorneys for Defendant Atlantic**
**Casualty Insurance Company**

Respectfully submitted,

By: /s/ *Angella H. Myers*
Angella H. Myers
Kathleen Cruz
Sharon Gilmore
The Myers Law Group, L.L.P.
8144 Walnut Hill Lane, Suite 390
Dallas, Texas 75231
(972) 781-2400
(972) 781-2401 [Fax]
amyers@myerslawllp.com
jparker@myerslawllp.com
kcruz@myerslawllp.com
sgilmore@myerslawllp.com
**Attorneys For Defendant**
**Service Insurance Group, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2018, a copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing all counsel of record.

By: /s/ *Dirrell S. Jones*
Dirrell S. Jones