IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARVIN KLINTWORTH D/B/A BRAZOS SITE WORK, PLAINTIFF | § § § § | |
| v. | § § | CIVIL ACTION NO.: 4:17-CV-2829 |
| ATLANTIC CASUALTY INSURANCE COMPANY, MARK CANGELOSE, SERVICE INSURANCE GROUP, INC., LITCHFIELD SPECIAL RISKS, INC., AND SIG INSURANCE SERVICES, LLC, DEFENDANTS | § § § § § § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)**

**PLAINTIFF MARVIN KLINTWORTH, D/B/A BRAZOS SITE WORK** and **DEFENDANTS ATLANTIC CASUALTY INSURANCE COMPANY, MARK CANGELOSE, SERVICE INSURANCE GROUP, INC., LITCHFIELD SPECIAL RISKS, INC., AND SIG INSURANCE SERVICES, LLC (Collectively, the "Parties")**, file this Stipulation of Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a).

All matters at issue have been resolved and a settlement with all parties has been reached. **PLAINTIFF MARVIN KLINTWORTH, D/B/A BRAZOS SITE WORK** has agreed to dismiss his claims against **DEFENDANTS ATLANTIC**

CASUALTY INSURANCE COMPANY, MARK CANGELOSE, SERVICE INSURANCE GROUP, INC., LITCHFIELD SPECIAL RISKS, INC., AND SIG INSURANCE SERVICES, LLC with prejudice. Defendants agreed to dismiss their claims against Plaintiff. Accordingly, the parties file this Stipulation of Dismissal with Prejudice. All Parties agree to pay their own costs and attorneys' fees that they each incurred.

**WHEREFORE PREMISES, CONSIDERED,** the Parties hereby give notice to this Court that they are filing this stipulation of dismissal with prejudice and respectfully request that this case be dismissed in its entirety.

Respectfully Submitted,

PAYNE, MALECHEK, SCHERR,
CAMPBELL & MOORE, P.C.

By: /s/ Scott J. Scherr
Scott Scherr, attorney-in-charge
SBN: 17745412
Southern District of Texas Number: 42149
3850 Corporate Center Drive
Bryan, Texas 77802
Phone: (979) 776-9800
Fax: (979) 731-8333
Email: scherr@thepaynelawgroup.com
ATTORNEY FOR PLAINTIFF, MARVIN
KLINTWORTH D/B/A BRAZOS SITE
WORK

By: /s/ Camille Johnson
Camille Johnson
SAVRICK, SCHUMANN, JOHNSON,
MCGARR,

KAMINSKI & SHIRLEY, L.L.P.
State Bar No. 10686600
6440 N. Central Expressway, Suite 107
Dallas, Texas 75206
Email: Camille@ssjmlaw.com
Attorney for Defendant, Atlantic Casualty
Insurance Company


By: _____
Ryan Brown Marrone
HERMES LAW, P.C.
2001 N. Lamar Street, Suite 450
Dallas, Texas 75202
Email: ryan@hermes-law.com
Counsel for Defendant Litchfield Special
Risks, Inc.


By: _____
Thomas Culpepper
Dirrell S. Jones
THOMPSON COE COUSINS & IRONS,
L.L.P.
The Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201
Email: tculpepper@thompsoncoe.com
Email: dirrell.jones@thompsoncoe.com
Counsel for Mark Cangelose


By: _____
Angella H. Myers
THE MYERS LAW GROUP, L.L.P.
8144 Walnut Hill Lane, Suite 390
Dallas, Texas 75231
Email: amyers@myerslawllp.com
Counsel for Service Insurance Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification to all counsel of record.

Scott J. Scherr
PAYNE, MALECHEK, SCHERR, CAMPBELL &MOORE, P.C.
3850 Corporate Center Drive
Bryan, Texas 77802
*Counsel for Plaintiff Marvin Klintworth d/b/a Brazos Site Work*

/s/ Scott Scherr
Scott Scherr

Case 4:17-cv-02829   Document 34   Filed on 07/25/18 in TXSD   Page 4 of 4