UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARVIN KLINTWORTH D/B/A BRAZOS SITE WORK, § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-2829 |
| § | |
| ATLANTIC CASUALTY INSURANCE COMPANY, *et al*, § § § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed on July 25, 2018, (Doc # 34), it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is so ORDERED. 07/25/2018.

_____
The Honorable Alfred H. Bennett
United States District Judge